HELEN SUMLIMG TROTTER
1597 CR 39
PAULDING, MS 39348

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

CITIZENS BANK
814 MAIN ST
COLUMBIA, MS 39429

EXETER FINANCE LLC
PO BOX 166008
IRVING, TX 75016

FST STATE BK
POB 506
WAYNESBORO, MS 39367

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

LATORIA JONES
1597 CR 39
PAULDING, MS 39348

REPUBLIC FINANCE
8428 PARKWOOD BLVD
PLANO, TX 75024

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607