**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE:**

**HELEN SUMLIMG TROTTER** **NO. 26-51694 KMS**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Byrd & Wiser and enter their appearance for and on behalf of First State Bank in the above styled matter. Pursuant to Bankruptcy Rules 2002 and 9010(b), we request that all notices given or required to be served in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below. The undersigned is not authorized to accept service of process in any matter requiring same on behalf of First State Bank, including but not limited to adversary proceedings.

Respectfully submitted,

**FIRST STATE BANK**

BYRD & WISER

BY: /S/ ROBERT ALAN BYRD
MSB#7651
EMAIL: rab@byrd-wiser.com

**CERTIFICATE**

I, ROBERT ALAN BYRD, of counsel for First State Bank, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and via U.S Mail, postage prepaid, a true and correct copy of the above and foregoing Entry of Appearance and Request for Notice to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at **trollins@therollinsfirm.com**

David Rawlings, Trustee at **ecfnotices@rawlings13.net**

This the 11th day of November, 2026.

/S/ ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029