**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HELEN SUMLING TROTTER,**
**DEBTOR**

**NO.: 26-51694-KMS**

**Chapter 13**

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9010, Durwood E. McGuffee, Jr., of the law firm of McGuffee Law Firm, does hereby enter his appearance as attorney for Republic Finance, LLC. and requests that all documents, filings and mailings be sent to Durwood E. McGuffee, Jr. Please add the following names and addresses to the list of creditors:

Durwood E. McGuffee, Jr.
McGuffee Law Firm
Attorney for Republic Finance
P.O. Box 4219
Brandon, MS 39047

durwood@mcguffeelawfirm.com

DATED: This, the 24th day of November, 2026.

Respectfully Submitted,

REPUBLIC FINANCE, LLC, Plaintiff

BY: s/Durwood E. McGuffee, Jr.
DURWOOD E. MCGUFFEE, JR.
MSB # 100131

MCGUFFEE LAW FIRM
P.O. Box 4219
Brandon, MS 39047
Tel: (601) 605-2814
durwood@mcguffeelawfirm.com
Attorney for Republic Finance

**CERTIFICATE OF SERVICE**

I, Durwood E. McGuffee, Jr., counsel for Republic Finance, LLC., do hereby certify that I have served a true and correct copy of the above and foregoing document to counsel of record by placing said copy in the United States Mail, postage prepaid and/or electronic filing addressed to them at their usual addresses as follows:

Helen Trotter
1597 CR 39
Paulding, MS 39348
*Debtor*

Hon. Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
*Attorney for Debtor*

Hon. David Rawlings, Trustee
P.O. Box 566
Hattiesburg, MS 39403
*Trustee*

United States Trustee
501 East Court Street, Ste. 6-430
Jackson, MS 39201
*U.S. Trustee*

This, the 24th day of November, 2026.

s/Durwood E. McGuffee, Jr.
DURWOOD E. MCGUFFEE, JR.