MSSB-7007.1-Adv (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: HELEN SUMLING TROTTER

*Debtor(s)*

Case No.: 26-51694-KMS

Chapter: 13

Republic Finance, LLC
*Plaintiff(s)*

Adv. Proc. No.: ___________

*Defendant(s)*

## Corporate Ownership Statement

Pursuant to Fed. R. Bankr. P. 7007.1 and Miss. Bankr. L.R. 7007.1-1[1], Republic Finance, LLC, a party in the above-referenced adversary proceeding makes the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

RFNA, LP directly owns 100% of Republic Finance, LLC; RFA, LLC indirectly owns 27.7% of Republic Finance, LLC; Pelican Parent, Inc indirectly owns 61.5% of Republic Finance, LLC; CVC Pelican, LP indirectly owns 61.5 % of Republic Finance, LLC; Pelican Parent Jersey, LP indirectly owns 61.5% of Republic Finance, LLC.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/24/2026

Durwood McGuffee, Jr. Digitally signed by Durwood McGuffee, Jr. Date: 2023.12.13 14:43:36 -06'00'
Attorney Signature

Durwood E. McGuffee, Jr
Attorney Name

100131
State Bar Number

P.O. Box 4219
Address

Brandon, MS 39047
City, State, and Zip Code

601-605-2814
Telephone Number

durwood@mcguffeelawfirm.com
Email Address

Save Form | Print Form | Reset Form

[1] Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.