**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: HELEN SUMLING TROTTER, DEBTOR** — **NO.: 26-51694-KMS**

**Chapter 13**

**REPUBLIC FINANCE'S OBJECTION TO CONFIRMATION AND RESPONSE TO MOTION FOR VALUATION OF SECURITY**

COMES NOW Republic Finance, LLC. ("Republic Finance"), by and through counsel, and files its Objection to Confirmation of Debtor's Chapter 13 Plan and Response to Debtor's Motion for Valuation of Security, and in support thereof would show unto the Court the following:

1. On October 13, 2026, Debtor filed a Chapter 13 Petition. Republic Finance filed a Proof of Claim in the amount of $19,424.82. Republic Finance is the holder of secured claims against the Debtor.

2. This objection is filed by the Creditor pursuant to Section 1325 of the Bankruptcy Code. This is a core proceeding pursuant to 28 U.S.C. § 157.

3. As of October 13, 2026, Debtor was indebted to Republic Finance in the amount of $19,424.82. Republic Finance is a secured creditor of Debtor and holds a valid, duly perfected security interest in Debtor's personal property. Copies of the documents supporting Republic Finance's security interest are attached to this motion as Exhibit "1".

4. Pursuant to 11 U.S.C. §1325(a)(5)(B), Republic Finance objects to the Plan since the value of the property to be distributed is less than the allowed amount of the claim. The payments offered under the plan are less than it would receive if the Debtor's assets were liquidated. The plan fails to propose payment for the replacement value of the collateral in which Republic has a security interest.

5. Republic Finance objects and responds to Debtor's Section 3.2 Motion for Valuation of Security. Debtor proposes to value the security listed on the UCC and Title attached hereto at $2,500.00. The replacement value of said security is substantially more than listed by the Debtor. Republic Finance further objects to any portion of Debtor's Motion that attempts to treat its claim as unsecured.

6. Republic Finance objects to Debtor's claim of exemption as to the property that is not exempt pursuant to Miss Code Ann. §§ 85-3-1 et seq., and other applicable law on exemptions.

7. The Plan has not been filed in good faith.

8. Republic Finance further objects to any and all amended plans that have been or may be later filed in this case.

9. Other grounds to be shown at the hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Republic Finance prays that this Objection be received and filed and at the hearing hereon that the confirmation of plan be denied, and that this Court determine the value of its collateral. Republic Finance requests the Court to grant such other relief as is necessary under the circumstances.

DATED: This, the 24th day of November, 2026.

Respectfully Submitted,

REPUBLIC FINANCE, LLC, Plaintiff

BY: s/Durwood E. McGuffee, Jr.
DURWOOD E. MCGUFFEE, JR.
MSB # 100131

MCGUFFEE LAW FIRM
P.O. Box 4219
Brandon, MS 39047
Tel: (601) 605-2814
durwood@mcguffeelawfirm.com
Attorney for Republic Finance

**CERTIFICATE OF SERVICE**

I, Durwood E. McGuffee, Jr., counsel for Republic Finance, LLC., do hereby certify that I have served a true and correct copy of the above and foregoing document to counsel of record by placing said copy in the United States Mail, postage prepaid and/or electronic filing addressed to them at their usual addresses as follows:

Helen Trotter
1597 CR 39
Paulding, MS 39348
*Debtor*

Hon. Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
*Attorney for Debtor*

Hon. David Rawlings, Trustee
P.O. Box 566
Hattiesburg, MS 39403
*Trustee*

United States Trustee
501 East Court Street, Ste. 6-430
Jackson, MS 39201
*U.S. Trustee*

This, the 24th day of November, 2026.

s/Durwood E. McGuffee, Jr.
DURWOOD E. MCGUFFEE, JR.