**Fill in this information to identify the case:**

Debtor 1 Helen S Trotter

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number 26-51694

Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Republic Finance, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name: Republic Finance, LLC | Name: |
| Number Street: 282 Tower Road | Number Street: |
| City: Ponchatoula State: LA ZIP Code: 70454 | City: State: ZIP Code: |
| Contact phone: 833-245-2468 | Contact phone: |
| Contact email: bankruptcy@republicfinance.com | Contact email: |

Uniform claim identifier (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7 0 6 1

**7. How much is the claim?**

$ 19,424.82. **Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☑ Motor vehicle
☑ Other. Describe: Personal Property

**Basis for perfection:** UCC, TItle (2010 Chevrolet 2sc)

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 21,955.00

**Amount of the claim that is secured:** $ 19,424.82

**Amount of the claim that is unsecured:** $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 1,670.76

**Annual Interest Rate** (when case was filed) 19.42 %

☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 11/04/2026
MM / DD / YYYY

/s/ Kristen Hoag
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Kristen (First name) | M (Middle name) | Hoag (Last name) |
| Title | Bankruptcy Specialist | | |
| Company | Republic Finance, LLC<br>Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 282 Tower Road (Number Street) | | |
| | Ponchatoula (City) | LA (State) | 70454 (ZIP Code) |
| Contact phone | 833-245-2468 | Email | |

**COMBINATION PROMISSORY NOTE, TRUTH IN LENDING DISCLOSURE STATEMENT AND SECURITY AGREEMENT ("Contract")**

**Direct Precomputed Interest**
**Mississippi Small Loan Regulatory Law**

Loan Date: 01/28/2026

Account No.: [redacted]

BORROWER: Helen S. Trotter
(Print Full Name)
1597 Cr 39 (Street No.) Paulding (City) (County) MS (State) 39348- (Zip)

CO-BORROWER: (Print Full Name)
(Street No.) (City) (County) (State) (Zip)

LENDER: **Republic Finance, LLC 1600 Hwy 15 North, Suite 300 B, Laurel, MS 39440**
(Name) (Street No.) (City) (County) (State) (Zip)

**Property:** My loan is secured by the following items (collectively, the "Property"), as provided in the Security Agreement on the following pages:
2010 Chevrolet 2sc 3GCRCSEA9AG113485, $6155; Homeline Weedeater, $200; Assortment Of Hand Tools, $500; 3 -Birthstone Rings, $400; 2 -Cluster Rings, $700; Android Tablet, $400; Surround Sound System, $400; Stihl Weedeater, $500; Butane Tank, $100; Bbq Grill, $600; Air Compressor, $300; 2- Gold Chains, $600; 55" Onn F/s Tv (1 Of 4), $1100; 40" Onn F/s Tv (2 Of 4), $500; 40" Zenith F/s Tv (3 Of 4), $500; Zero Turner Troy Built, $4000; 12x12 Portable Shed, $3600; Dell Laptop, $1000; Cobalt Skillsaw, $400
, with any additional collateral described on Schedule A.

Additionally, I affirm that the values indicated above for the Property securing my loan are correct.

| **ANNUAL PERCENTAGE RATE** The cost of my loan as a yearly rate. | **FINANCE CHARGE** The dollar amount my loan will cost me. | **Amount Financed** The amount of credit provided to me or on my behalf. | **Total of Payments** The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 21.020 % | $ 7,801.52 | $ 21,714.69 | $ 29,516.21 |

N O T A P P L I C A B L E U N L E S S C H E C K E D

**Payment Schedule:** My loan is repayable as follows:

| Number of Payments | Amount | When Payments Are Due |
|---|---|---|
| An Initial Installment Payment of: | $851.21 | Due on 03/01/2026 |
| 35 Equal Installment Payments of: | $819.00 | On the same day of each month thereafter. |

**Late Payment:** If a payment is more than 15 days late, I will be charged 4% of the delinquent amount or $5.00, whichever is greater.
**Prepayment:** If I prepay in full, I may be entitled to a refund of part of the finance charge. If I prepay in part, I will not be entitled to a refund of part of the finance charge.
**Security Interest:** My loan is secured by the following property: ☐ The goods or property being purchased with the loan proceeds. ☒ Certain Household Goods ☐ Mobile Home(s) ☒ Motor Vehicle(s) ☐ Unsecured ☐ Collateral securing other loans with us may also secure this loan. ☐ Other Collateral (brief description):
☐ Real Estate located at:
**Credit Insurance:** Credit life insurance, credit disability insurance, and/or credit involuntary unemployment insurance are not required in order to obtain this loan and will not be provided unless I (we) sign below. I (We) have the option of voluntarily electing to purchase credit insurance through you.

| Insurance Type | Premium | Term | **Signature:** I (We) want voluntary credit life and/or credit disability insurance and/or credit involuntary unemployment insurance as indicated by the signature below. |
|---|---|---|---|
| Credit Life Insurance ☐ Single ☐ Decreasing ☐ Joint ☐ Level ☐ Dismemberment | $0.00 | 0 Mos. | |
| Credit Disability Insurance Rider ☐ Single ☐ Joint | $0.00 | 0 Mos. | |
| Credit Involuntary Unemployment Insurance | $0.00 | 0 Mos. | |

☐ **Motor Vehicle Property Insurance:** I may purchase required property insurance on my motor vehicle securing this loan through any person of my choice acceptable to you. If I choose to purchase required property insurance from you, the cost will be $0.00 for a term of 0 months.
☒ **Property Insurance (Non Motor Vehicle):** I may purchase required property insurance on my personal property (non-motor vehicle) securing this loan through any person of my choice acceptable to you. If I choose to purchase required property insurance from you, the cost will be $1,853.74 for a term of 36 months.
☐ **Property Insurance (Real Estate):** I may purchase required property insurance on my real estate securing this loan through any person of my choice acceptable to you. If I choose to purchase required property insurance from you, the cost will be $0.00 for a term of 0 months.
☐ **Assumption Policy:** If secured by real estate, a subsequent purchaser of my dwelling financed under this loan may not be permitted to assume the loan on its original terms.
**Contract Reference:** I should look to my Note, Security Agreement, Mortgage or Deed of Trust for additional information about non-payment, default, your right to accelerate payment, and prepayment rebates.

"e"=estimate

## Itemization of the Amount Financed

| | |
|---|---|
| (A) Amount Paid Directly to Me (cash advance) | $ 1,054.40 |
| (B) Amount Credited To My Existing Loan(s) with You | $ 12,469.63 |
| (C) Amounts Paid to You for: | |
| (1) Closing Fee | $ 500.00 |
| (2) | $ 0.00 |
| (D) Amounts Paid to Others on My Behalf *(Lender and/or its affiliates will receive and retain a portion of these amounts in (1) and (2))* | |
| (1) To Insurance Companies for: | |
| (a) Credit Life Insurance | $ 0.00 |
| (b) Credit Disability Insurance | $ 0.00 |
| (c) Single Credit Involuntary Unemployment Insurance | $ 0.00 |
| (d) Property Insurance (motor vehicle) | $ 0.00 |
| (e) Property Insurance (non-motor vehicle) | $ 1,853.74 |
| (f) Property Insurance (real estate) | $ 0.00 |
| (g) Total Insurance Premiums | $ 1,853.74 |
| (2) United Motor Club | $ 0.00 |
| (3) Amounts Paid to Public Officials for: | |
| (a) Filing and Termination Fees | $ 18.00 |
| (b) | $ 0.00 |
| (c) | $ 0.00 |
| (d) | $ 0.00 |
| (e) | $ 0.00 |
| (f) Total Recording Fees | $ 18.00 |
| (4) Amounts Paid to Tower Loan | $ 1,923.95 |
| (5) Amounts Paid to Tower Loan | $ 1,724.97 |
| (6) Amounts Paid to Tower Loan | $ 969.12 |
| (7) Amounts Paid to World Acceptance | $ 1,700.88 |
| (8) Amounts Paid to | $ 0.00 |
| (E) (Less) Prepaid Finance Charges | $ 500.00 |
| (F) Amount Financed (Sum of A through D minus E) | $ 21,714.69 |

**SIGNATURE LINES AND PROMISSORY NOTE TERMS AND CONDITIONS ON PAGE 2**

Form 2511_12/2024

**ORIGINAL**

## PROMISSORY NOTE ("Note")

State Contract Rate 19.42 % per annum

Contract Charge $ 7,301.52

**PROMISE TO PAY:** I promise to pay to your order (to pay to the order of the Lender) at your offices in Laurel, Mississippi, the sum of Twenty-Nine Thousand Five Hundred Sixteen and 21/100 ($ 29,516.21) DOLLARS, as agreed in the above Payment Schedule.

I (We) acknowledge receipt of a completed copy of this Combination Promissory Note, Truth in Lending Disclosure Statement, and Security Agreement ("Contract"), and agree to their terms and conditions (as continued below). I (We) authorize you to make disbursements as itemized above. **The obligations and related claims of the parties to this Combination Promissory Note, Truth in Lending Disclosure Statement, and Security Agreement, are subject to the Arbitration Agreement and jury waiver signed as part of this transaction.**

**CAUTION – IT IS IMPORTANT THAT I THOROUGHLY READ THE CONTRACT BEFORE I SIGN IT.**

WITNESS

WITNESS

BORROWER Helen S. Trotter

CO-BORROWER

### Promissory Note Terms and Conditions Continued from Page One

**Date of Loan:** The date the loan is made is the Loan Date on the prior page.

**Late Payment:** If I fail to pay any installment payment under this Note within 15 days after the date due, you may charge me a late payment fee of 4% of the delinquent amount or $5.00, whichever is greater.

**Closing Fee:** I agree to pay you a closing fee of 4% of the total of my payments or $25, whichever is greater, up to a maximum of $500. The closing fee is fully earned at the time this Note is signed and will not be refunded upon prepayment or acceleration of the Note.

**Deferral And Deferral Charges:** I may, with your consent, agree to defer all or part of one or more unpaid installments under this Note. If you and I agree to such a deferral, you will be entitled, and I will pay, a deferral charge to you. The deferral charge will be calculated by applying the Annual Percentage Rate set forth above to the amount deferred for the deferment period. In calculating the deferral charge, each month will be considered 1/12th of a year, regardless of the number of days in such month, and each day will be considered 1/30th of a month. You will earn the deferral charge pro rata during the deferment period and the fee will be fully earned on the last day of the deferral period. You may collect the deferral charge at the time of deferral or at any time thereafter. I will be entitled to a refund of any late charge assessed on a payment which we later agree to defer. We may only agree to make 2 deferrals during any 12-month period.

**Default and Acceleration:** You have the right, at your option, to insist on immediate payment in full (to accelerate the maturity) of this Note upon any one or more of the following events: (1) If I fail to make payments under this Note when due; (2) If I am in default under any security agreement securing this Note; (3) If I am in default under any other credit extension with you; (4) If I should die, or become insolvent, or apply for bankruptcy or other relief from creditors or (5) If you reasonably believe yourself to be insecure in the repayment of this Note.

**Attorney's Fees:** If you have to sue me, or refer this Note to an attorney for collection, I agree to pay your reasonable attorney's fees.

**NSF Charges:** In the event that I make any payment on this Note by check, draft, negotiable order of withdrawal, or like instrument and my payment is returned to you unpaid or is dishonored due to insufficient funds in my deposit account, I agree to pay you an NSF Charge of $15.00.

**Payments, if any, to Insurance Companies and/or Motor Club Company:** I understand and agree that you will receive a portion of any payment(s) to the Insurance Company(ies) or the Motor Club Company as identified above, as commission for selling such products. In addition, I understand and agree that you may receive additional amounts from these Insurance Company(ies) for assuming the risk of loss on the insurance policies.

**Fee for Optional One-Time Payments:** To the extent not prohibited by applicable law, if I choose to make a payment using a method for which a third-party vendor charges a separate fee ("Convenience Fee"), I agree to pay a Convenience Fee for each one-time payment made through that payment method in an amount disclosed to me before I submit the payment. I understand there are payment options that do not involve payment of a Convenience Fee and that my selection of a payment method that involves a Convenience Fee is optional. I understand that any fee incurred is a separate fee owed to, and retained by, the third-party vendor and not you. Any such fees are not part of the unpaid principal balance of this Note. For electronic payments, I agree that the third-party vendor may charge the Convenience Fee using the same payment method and in the same transaction as my one-time payment.

**Additional Interest:** If you accelerate payment under this Note for any reason and file suit against me, or if this Note remains unpaid after its final payment date (indicated on page one), I agree to pay additional interest on the unpaid principal balance of this Note at the State Contract Rate (indicated on Page One) until this Contract is paid in full unless a lower rate is required by law.

**Cancellation of Insurance:** If I purchased credit life insurance, credit disability insurance, credit involuntary unemployment insurance, or any property insurance ("voluntary insurance products") with my loan, I understand that I may cancel those voluntary insurance products at any time. If the voluntary insurance product is canceled within the first thirty (30) days of my loan, I will receive a credit to my loan for the full amount of voluntary insurance product premiums and any finance charges associated with the canceled voluntary insurance product premiums. If I cancel the voluntary insurance products after the first thirty (30) days, I will receive a credit on my loan for the unearned portion of the voluntary product premiums and unearned portion of the finance charges associated with the canceled unearned voluntary insurance product premiums. Upon crediting the loan with such amounts, my monthly payment will be lowered for the remainder of the loan to reflect the credit to the loan amount, although, at my option, I may continue making my monthly payment in the amount set forth in this Note. All requirements for property insurance must be met prior to you processing the cancellation of property insurance. In the event that you determine that I am not eligible for a voluntary insurance product that I purchased, I understand you may cancel such product and that I will receive a credit to my loan as if I canceled the product within the first thirty (30) days of my loan, even if you determined such ineligibility after the first 30 days of my loan.

**Prepayment:** I may prepay this Note in full or in part at any time. I understand that, if I prepay in full or you accelerate payment under this Note, I may be entitled to receive a rebate of the unearned portion of the Finance Charge. If my Note has a term to maturity of 61 months or less, my rebate will be calculated according to the Rule of 78's. If my Note has a term to maturity of more than 61 months, my Finance Charge rebate will be calculated by applying the actuarial method. If my Note includes voluntary insurance products, such products will be canceled if I prepay this Note in full and the rebate of any unearned premium(s) will be applied to the total outstanding balance at the time of cancellation in accordance with the terms of my voluntary insurance products. A rebate of less than $1.00 will not be made. I also understand that Prepaid Finance Charges (if any) will not be rebated upon prepayment or acceleration and are earned by you at the time this Note is signed, unless otherwise required by law. I understand that if I make a partial prepayment on this Note, I will not be entitled to a refund of any portion of the Finance Charge.

**Default:** If I default on this Note, you may, at your option: (i) bring suit against me for any delinquent payments; (ii) accelerate and declare due the remaining balance (in which case upon payment in full by me, you will rebate any unearned finance charge as provided in this Note); (iii) foreclose on any security agreement or other property which I have given as collateral for the Note; and/or (iv) take any other action authorized under any security agreement I have granted securing this Note or authorized by applicable law. I will pay you all costs you incur in collecting this Note, taking, repossessing, holding, preparing for sale and selling any collateral for the Note.

**Governing Law:** I agree that this Note and loan shall be governed and construed under the laws of the State of Mississippi. Specifically, this Note shall be subject to the Mississippi Small Loan Regulatory Law and any federal preemption if applicable.

**Broker Representations:** Borrower acknowledges that any broker involved in the transaction is not Lender's agent, and Lender is not bound by any of the broker's representations.

**Lender's Errors:** Lender does not intend to charge or collect any interest, charge, or fee that is more than the law allows. If Lender charges or collects any amount over what the law allows, at their election Lender will either refund the excess amount to me or apply the excess amount first to the Principal Balance due on my account as a partial payment without any prepayment charge. If I have paid my Account in full, Lender will refund any excess amount. If any part of this Agreement is fully determined to be unenforceable under any law, rule or regulation, all other parts of this Agreement still are valid and enforceable.

**Tax Deductions:** Lender has made no promises to me nor advised me in any way whether the Finance Charges and Fees are "interest" that I may deduct on my tax returns. I should consult a tax advisor about deducting Finance Charges and Fees on my tax returns.

**General Provisions:** I, as well as all other persons signing this Note as borrower, co-borrower or guarantor, waive demand for payment, protest and notice of protest and non-payment and all pleas of division and discussion, and agree that our liability under this Note shall be "joint and several " with each other. We further agree that discharge or release of any party or collateral securing this Note, extension of time for payment, or delay in enforcing any rights granted to you will not cause you to lose any rights under this Note. I additionally agree to provide you with a current financial statement or additional financial information, including a copy of my most recent federal income tax return, upon request.

**Severability Clause:** If any provision of this Note is deemed to be invalid or unenforceable, such invalidity or unenforceability shall not affect the validity or enforceability of the remaining provisions of this Note.

**Jury Waiver: NOTWITHSTANDING THE ARBITRATION AGREEMENT, TO THE MAXIMUM EXTENT PERMISSIBLE UNDER APPLICABLE LAW, YOU AND I WAIVE THE RIGHT TO TRIAL BY JURY WITH RESPECT TO ANY CLAIM, WHETHER IN CONTRACT, TORT OR OTHERWISE, ARISING FROM OR RELATING TO THIS LOAN. THIS PROVISION IS A MATERIAL INDUCEMENT FOR YOU TO MAKE THIS LOAN.**

**CLASS ACTION WAIVER.** To the extent permitted by law, I and Lender waive the right to (a) participate in a class action lawsuit in court, class mediation or class arbitration, either as a class representative or class member, (b) act as a private attorney general in court, mediation or arbitration, and/or (c) join or consolidate claims with claims of any other person or entity.

**Communications Consent:** By providing Lender and any of its affiliates, agents, service providers, successors or assigns (collectively for purposes of this paragraph, "you") the number of my land line(s), cell phone(s) or other wireless device(s) and my email address(es), now and in the future, I expressly consent and agree that you may call or text me, using an automatic telephone dialing system or otherwise, leave me voicemail message, use prerecorded or artificial voices, including artificial intelligence generated calls and texts, or send me a text, e-mail, or other electronic message for any purpose related to the servicing or collection of my account or for other informational purposes related to my account(s), including artificial intelligence generated messages ("Communication").I agree that you may call or text me at any telephone number I provide to you in connection with my account(s) now or in the future, including cellular telephone numbers, and may send an e-mail to any email address that I provide to you now or in the future. You will not charge me for a Communication, but my telephone service provider may. In addition, I understand and agree that you may always communicate with me in any manner permissible by law that does not require my prior consent. I agree that you may monitor and record any telephone calls to assure the quality of service, for training or for other purposes. I understand that if I do not want to receive calls from you, I may contact you at www.republicfinance.com or 7031 Commerce Circle, Baton Rouge, LA 70809. I have authority to provide this consent because I am the subscriber of the telephone number or I am a customary user who has authority to consent to these Communications. My authorization overrides any internal privacy and solicitation preference I have previously expressed to Lender, but only for purposes associated with this transaction.

**NOTICE OF FURNISHING NEGATIVE INFORMATION: LENDER MAY REPORT INFORMATION ABOUT MY ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON MY ACCOUNT MAY BE REFLECTED IN MY CREDIT REPORT.**

**CONTINUE TO SECURITY AGREEMENT ON PAGE 3**

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

| | | |
|---|---|---|
| Customer Name<br>Helen S Trotter | | |
| Pay-Off Requested Date<br>10/13/2026 | | |
| Payout<br>$ 19424.82 | Total Refunds<br>$ 1052.12 | Due Date<br>09/01/2026 |
| Late Charge Due<br>$ 32.76 | Expired Interest Due<br>$ 0.00 | Add on Due<br>$ 0.00 |
| Amount to Pay<br>$ 737.10 | Collect Amount<br>$ 1670.76 | Current Due<br>$ 819.00 |
| Past Due<br>$ 819.00 | Per Diem<br>$ 11.03 | Amount to Forgive<br>$ |

SCHEDULE A - SECURITY EVALUATION

I, THE BORROWER CERTIFY AND WARRANT THAT THE BELOW LIST OF SECURITY ON LOAN [redacted]
DATED 1/28/2026 IS COMPLETE, ACCURATE, AND THAT THERE ARE NO MORTGAGES OR LIENS AGAINST THE SECURITY EXCEPT AS MAY BE REPORTED ON MY CREDIT APPLICATION.

I hereby acknowledge having read a complete copy of this Schedule A - Security Evaluation, that I provided the Fair Market Value of each item listed below to the best of my knowledge, and that the Fair Market Values below are intended to be used for credit underwriting and insurance purpose.

As witnessed by:

Kaleb Jefcoat

Employee Signature

Sworn and subscribed to by:

Helen Trotter 1-28-2

Helen S. Trotter. Date

Motor Vehicle Collateral:

| | | | | | | |
|---|---|---|---|---|---|---|
| 2010 | Chevrolet | 2sc | JA3048 | Pickup | 3GCRCSEA9AG113485 | $6,155.00 |

Personal Property Collateral:

| | |
|---|---|
| Homeline Weedeater | $200.00 |
| Assortment Of Hand Tools | $500.00 |
| 3 -Birthstone Rings | $400.00 |
| 2 -Cluster Rings | $700.00 |
| Android Tablet | $400.00 |
| Surround Sound System | $400.00 |
| Stihl Weedeater | $500.00 |
| Butane Tank | $100.00 |
| Bbq Grill | $600.00 |
| Air Compressor | $300.00 |
| 2- Gold Chains | $600.00 |
| 55" Onn F/s Tv (1 Of 4) | $1,100.00 |
| 40" Onn F/s Tv (2 Of 4) | $500.00 |
| 40" Zenith F/s Tv (3 Of 4) | $500.00 |
| Zero Turner Troy Built | $4,000.00 |
| 12x12 Portable Shed | $3,600.00 |
| Dell Laptop | $1,000.00 |
| Cobalt Skillsaw | $400.00 |

Total Fair Market Value of Collateral: $21,955.00

[redacted]

260025210

File Number: 20264750244B
Date Filed: 1/28/2026 12:44:57 PM
Michael Watson
Secretary of State

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Hannah Bozeman (601) 426-9099

B. EMAIL CONTACT AT FILER (optional)
laurel@republicfinance.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Republic Finance, LLC
P. O. Box 15429
Baton Rouge, LA 70895

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER:
20234199008a

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS From attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item13

2. ☐ TERMINATION Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial) Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE
Check one of these two boxes
This Change affects ☐ Debtor ☐ Secured Party of record
AND Check one of these three boxes to
☐ CHANGE name and/or address. Complete item 6a or 6b and item 7a or 7b and item 7c
☐ ADD name Complete item 7a or 7b and item 7c
☐ DELETE name Give record name to be referred in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party information Change provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete to Assignment or Party information Change provide only one name (7a or 7b) (use exact full name or modify appreciate any part of the Debtors name

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN
Indicate collateral collateral

Homeline Weedeater, , ;Assortment Of Hand Tools, , ;3 -Birthstone Rings, , ;2 -Cluster Rings, , ;Android Tablet, , ;Surround Sound System, , ;Stihl Weedeater, , ;Butane Tank, , ;Bbq Grill, , ;Air Compressor, , ;2- Gold Chains, , ;55" Onn F/s Tv (1 Of 4), , ;40" Onn F/s Tv (2 Of 4), , ;40" Zenith F/s Tv (3 Of 4), , ;Zero Turner Troy Built, , ;12x12 Portable Shed, , ;Dell Laptop, , ;Cobalt Skillsaw, , ;

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b)(name of Assignor if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide the name of authorizing Debtor

9a. ORGANIZATION NAME
Republic Finance

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 3GCRCSEA9AG113485 | CHEV | 2010 | 2SC | PK | MS0277124864 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/09/2026 | | 8 | USED | PU | 130492 ACTUAL |

**OWNER(S)**

TROTTER NEHEMIAH OR HELEN M
1597 CR 39
PAULDING MS 39348

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**

REPUBLIC FINANCE LLC
1600 HIGHWAY 15 N STE 300B
LAUREL MS 39440-1803

**DATE:** 01/28/2026

**2ND LIENHOLDER**

**DATE:**

**MAIL TO:**

M356-2

REPUBLIC FINANCE LLC
1600 HIGHWAY 15 N STE 300B
LAUREL MS 39440-1803

**LIEN SATISFACTION:** THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN ____________________ (LIENHOLDER) BY ____________________ (SIGNATURE AND TITLE)

THIS ____________ DAY OF ____________ 20______

2ND LIEN ____________________ (LIENHOLDER) BY ____________________ (SIGNATURE AND TITLE)

THIS ____________ DAY OF ____________ 20______

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 9TH DAY OF FEBRUARY 20 26

THE GREAT SEAL OF THE STATE OF MISSISSIPPI

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1. Mississippi Code of 1972. and subject to the provisions thereof.

CONTROL NUMBER

O 06876591

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED